UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON JONES,<br><br>    Plaintiff<br><br>v.<br><br>WILLIAM HUTCHINGS, et al.,<br><br>    Defendants | Case No.: 2:21-cv-01402-APG-VCF<br><br>**Order Denying Motion for Entry of Default**<br><br>[ECF No. 21] |

I ORDER that plaintiff Jason Jones' motion for entry of default **(ECF No. 21) is DENIED** because the defendants filed an answer (ECF No. 15).

I FURTHER ORDER the clerk of court to send a copy of the answer (ECF No. 15) to plaintiff Jason Jones at his new address.

DATED this 28th day of November, 2022.

                                                  ANDREW P. GORDON
                                                UNITED STATES DISTRICT JUDGE