# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON JONES, | Case No.: 2:21-cv-01402-APG-VCF |
| Plaintiff | **Order** |
| v. | |
| WILLIAM HUTCHINGS, et al., | |
| Defendants | |

Several documents filed in this case were returned with the notation that plaintiff Jason Jones was paroled on February 13, 2023. ECF No. 29. Since that time, Jones has not updated his address with the court. Under Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Failure to comply with the Local Rule "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

I THEREFORE ORDER that plaintiff Jason Jones shall update his contact information by May 26, 2023. Failure to do so will result in this case being dismissed with prejudice.

DATED this 1st day of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE