# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JASON JONES,

     Plaintiff

v.

WILLIAM HUTCHINGS, et al.,

     Defendants

Case No.: 2:21-cv-01402-APG-VCF

**Order**

Several documents filed in this case were returned with the notation that plaintiff Jason Jones was paroled on February 13, 2023. ECF No. 29. Since that time, Jones has not updated his address with the court. Under Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." Failure to comply with the Local Rule "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. Consequently, I gave Jones until May 26, 2023 to update his address or I would dismiss this case with prejudice. ECF No. 30. Jones has not updated his address. He apparently has abandoned this lawsuit.

I THEREFORE ORDER that the pending motions (ECF Nos. 23, 24) are DENIED as moot and this case is DISMISSED with prejudice. The clerk of court is instructed to enter judgment in favor of the defendants and against plaintiff Jason Jones, and to close this case.

DATED this 10th day of June, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE